NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
NOODLES RAW CATERING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOODLES RAW CATERING LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SAISON GROUP LLC,<br><br>        Defendant. | Case No.: 5:15-cv-00316-PSG<br><br>**NOODLES RAW CATERING LLC'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Date:         July 22, 2015<br>Time:        4:45 p.m.<br>Courtroom: 5<br>Judge:       Honorable Paul S. Grewal |

/ / /

/ / /

Counsel for Plaintiff Noodles Raw Catering LLC ("Noodles") hereby respectfully requests leave to appear before the Honorable Paul Singh Grewal via telephone for the Initial Case Management Conference scheduled for July 22, 2015 at 4:45 p.m. due to a scheduling conflict.

DATED: July 15, 2015                                COBALT LLP


By:   /s/  Vijay K. Toke
          Vijay K. Toke

Attorneys for Plaintiff
NOODLES RAW CATERING LLC

## ORDER

Plaintiff's request to appear telephonically is granted.

Dated: 7/15/2015

_____
Hon. Paul Singh Grewal

UNITED STATES MAGISTRATE JUDGE